UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THE HOUSTON MUNICIPAL EMPLOYEES PENSION SYSTEM and SHELL PENSION TRUST,<br><br>            Plaintiffs,<br><br>      v.<br><br>BP, PLC; BP AMERICA, INC.; BP EXPLORATION & PRODUCTION, INC.; ANTHONY B. HAYWARD; DOUGLAS SUTTLES; H. LAMAR MCKAY; BYRON E. GROTE; DAVID RAINEY; ROBERT DUDLEY; ROBERT MALONE; JOHN BROWNE; ANGREW G. INGLIS; and PETER SUTHERLAND,<br><br>            Defendants. | Case No. 4:12-CV-3714 |

## CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel for Plaintiffs certifies that the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are believed to be financially interested in the outcome of this litigation:

**Plaintiffs:**
- The Houston Municipal Employees Pension System
- Shell Pension Trust

**Defendants:**
- BP p.l.c.
- BP America, Inc.
- BP Exploration & Production, Inc.
- Anthony B. Hayward
- Douglas Suttles
- H. Lamar McKay
- Byron E. Grote

- David Rainey
- Robert Dudley
- Robert Malone
- John Browne
- Andrew G. Inglis
- Peter Sutherland

Respectfully submitted,

KENDALL LAW GROUP LLP

By: /s/ *Joe Kendall*
Joe Kendall
Texas Bar No. 11260700
Jamie J. McKey
Texas Bar No. 24045262
3232 McKinney Avenue
Suite 700
Dallas, TX  75204
Tel.:   214.744.3000
Fax:   214.744.3015

*Local Counsel*

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
Mark S. Willis
1101 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C.  20004
Tel.:   202.756.3601
Fax:   202.756.3602

Robert M. Roseman
Andrew D. Abramowitz
Daniel J. Mirarchi
Joshua B. Kaplan
1818 Market Street
Suite 2500
Philadelphia, PA  19103
Tel.:   215.496.0300
Fax:   215.496.6611

*Counsel for Plaintiffs*

2