United States District Court
Southern District of Texas

**ENTERED**
February 17, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| *In re BP p.l.c. Securities Litigation* | No. 4:10-md-02185 |
| This document relates to: | |
| *Alameda County Employees' Retirement Association, et al.* v. *BP p.l.c. et al.* | No. 4:12-cv-01256 (cons.) |
| *Connecticut Retirement Plans and Trust Funds, et al.* v. *BP p.l.c. et al.* | No. 4:12-cv-01272 |
| *Avalon Holdings Inc., et al.* v. *BP p.l.c. et al.* | No. 4:12-cv-03715 |
| *South Yorkshire Pensions Authority, et al.* v. *BP p.l.c. et al.* | No. 4:12-cv-02362 (cons.) |
| *Mondrian Global Equity Fund, L.P., et al.* v. *BP p.l.c. et al.* | No. 4:12-cv-03621 |
| *Houston Municipal Employees Pension System, et anno.* v. *BP p.l.c. et al.* | No. 4:12-cv-03714 |
| *Stichting Pensionenfonds Metaal en Techniek, et al.* v. *BP p.l.c. et al.* | No. 4:13-cv-00069 |
| *HESTA Super Fund* v. *BP p.l.c. et al.* | No. 4:13-cv-00129 |
| *KBC Asset Management NV, et anno.* v. *BP p.l.c. et al.* | No. 4:13-cv-00517 |
| *Deutsche Asset Management Investmentgesellschaft mbH* v. *BP p.l.c. et al.* | No. 4:13-cv-00887 |
| *New York City Employees' Retirement System et al.* v. *BP p.l.c. et al.* | No. 4:13-cv-01393 |
| *Nova Scotia Health Employees' Pension Plan* v. *BP p.l.c. et al.* | No. 4:13-cv-03397 |
| | Honorable Keith P. Ellison |

## Stipulation and Order Regarding Time to Respond to Plaintiffs' Motion to Compel

WHEREAS, on August 8, 2016, Plaintiffs in the above-captioned actions filed the Individual Action Plaintiffs' Motion to Compel Discovery Response (Dkt. No. 1383);

WHEREAS, pursuant to the order entered on January 13, 2017, the Defendants' response is due on February 20, 2017 (Dkt. No. 1497);

WHEREAS, the parties have continued to meet and confer in an effort to resolve their disputes and would benefit from more time to continue doing so;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties:

1. Defendants' time to file a response to Plaintiffs' motion shall be extended to March 22, 2017.

Dated: February 16, 2017

STIPULATED AND AGREED:

OF COUNSEL
Daryl A. Libow (pro hac vice)
Amanda F. Davidoff (pro hac vice)
SULLIVAN & CROMWELL LLP
1701 New York Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 956-7500

Richard C. Pepperman, II (pro hac vice)
Marc De Leeuw (pro hac vice)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000

Kathleen H. Goodhart
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

/s/ Thomas W. Taylor
Thomas W. Taylor
Texas State Bar No. 19723875
S.D. Tex. Bar No. 3906
ANDREWS KURTH KENYON LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
ttaylor@andrewskurth.com

*Attorneys in charge for Defendants
(other than David Rainey)*

/s/ Patrick F. Linehan
Patrick F. Linehan (pro hac vice)
Reid H. Weingarten (pro hac vice)
Brian M. Heberlig (pro hac vice)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW

*Attorneys for Andrew G. Inglis*

Theodore V. Wells, Jr. (pro hac vice)
Roberto Finzi (pro hac vice)
Jaren Janghorbani (pro hac vice)
Patrick J. Somers (pro hac vice)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000

*Attorneys for Douglas Suttles*

Washington, DC 20036
Telephone: (202) 429-3000

*Attorneys for David Rainey*

/s/ Sammy Ford IV
Sammy Ford IV
Federal Bar No. 950682
Texas Bar No. 24061331
AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING PC
1221 McKinney, Suite 2500
Houston, Texas 77010
Tel: (713) 655-1101
Fax: (713) 655-0062

*Attorney-in-Charge for the Alameda, South Yorkshire, Mondrian, HESTA, Stichting, New York City, Nova Scotia, IBM, Merseyside, Universities, and Bank of America Plaintiffs*

/s/ Matthew L. Tuccillo
Marc I. Gross
Jeremy A. Lieberman
Matthew L. Tuccillo
Jessica N. Dell
POMERANTZ LLP
600 Third Avenue
New York, NY 10016
Tel: 212-661-1100
Fax: 212-661-8665

*Attorneys for the Alameda, South Yorkshire, Mondrian, HESTA, Stichting, New York City, Nova Scotia, IBM, Merseyside, Universities, and Bank of America Plaintiffs*

*and Individual Action Plaintiffs Liaison
Counsel and Individual Action Plaintiffs
Steering Committee Member*

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this 17th day of February, 2017.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE